DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADAM KNOLL,**
Petitioner,

v.

**STATE OF FLORIDA,**
Respondent.

No. 4D22-2710

[March 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case Nos. 04-15081CF10A, 04-16178CF10A.

Adam Knoll, Miami, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and Forst, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***